

# Missouri Court of Appeals
## Southern District

**JUNE 23, 2015**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.    Case No.  SD33383

Re:    In re the Marriage of Kem Holt Marks
and Debra Jean Marks
KEM HOLT MARKS,
Petitioner-Appellant,
vs.
DEBRA JEAN MARKS,
Respondent-Respondent,
vs.
Geneva Morgan, by and through her
Guardian/Attorney in Fact, DEBRA JEAN
MARKS,
Intervenor.

2.    Case No.  SD33327

Re:    DANYIEL E. KELLY,
Movant-Appellant,
vs.
STATE OF MISSOURI,
Respondent-Respondent.

3.    Case No.  SD33610

Re:    DAVID GILBERG,
Claimant-Respondent,
vs.
ASSOCIATED WHOLESALE GROCERS,
INC.,
Employer-Appellant,
and MISSOURI DIVISION OF
EMPLOYMENT SECURITY,
Respondent.